UNITED STATES of America

v.

BUREAU OF REVENUE, STATE OF NEW MEXICO.

No. 6982.

United States Court of Appeals Tenth Circuit.

Sept. 13, 1962.

See also 10 Cir., 291 F.2d 677.

Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Giora Ben-Horin, and Joseph Kovner, Attys., Tax Division, Dept. of Justice, Washington, D. C., and John Quinn, U. S. Atty., Albuquerque, N. M., for appellant.

John W. Chapman, Santa Fe, N. M., Albert I. Cornell, and Paul E. Keefe, Albuquerque, N. M., for appellee.

Before PHILLIPS, PICKETT and HILL, Circuit Judges.

PER CURIAM.

Order of District Court reversed and remanded September 13, 1962, without written opinion, with instructions to enter an order reversing the order of the Referee in Bankruptcy, and directing the Referee to enter an order adjudging that the tax lien of the United States for federal taxes is prior and superior to the tax lien of the State of New Mexico for State taxes.

UNITED STATES of America, Plaintiff-Appellee,

v.

John Oscar HAVERLICK, Defendant-Appellant.

No. 184, Docket 27388.

United States Court of Appeals Second Circuit.

Jan. 10, 1963.

Charles R. Rinaldo, Syracuse, N. Y., for defendant-appellant.

James W. Dolan, Asst. U. S. Atty., N. D.N.Y., Albany, N. Y. (Justin J. Mahoney, U. S. Atty., Albany, N. Y., on the brief), for plaintiff-appellee.

Before CLARK, KAUFMAN and HAYS, Circuit Judges.

PER CURIAM.

The conviction is affirmed in open court.